**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**RICHARD BOOZE**                                                       **PETITIONER**

**v.**                                         **CIVIL ACTION NO. 1:13-cv-538-CWR-FKB**

**RONALD KING**                                                     **DEFENDANT**

**CERTIFICATE OF APPEALABILITY**

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

  XX   A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

_____   A Certificate of Appealability should issue for the following specific issue(s):

This the 14th day of March, 2014.

                                                                   s/ Carlton W. Reeves
                                                                   UNITED STATES DISTRICT JUDGE