**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**RICHARD BOOZE**                                                              **PETITIONER**

**v.**                          **CIVIL ACTION NO. 1:13-cv-538-CWR-FKB**

**RONALD KING**                                                    **DEFENDANT**

<u>**FINAL JUDGMENT**</u>

On this day, the Court entered an Order, Docket No. 16, adopting the Report and Recommendation of Magistrate Judge F. Keith Ball, Docket No. 12, and dismissing Richard Booze's petition with prejudice. A Final Judgment is now appropriate.

Therefore, Final Judgment in this matter is hereby entered in favor of the Defendant, Ronald King.

**SO ORDERED AND ADJUDGED**, this the 14th day of March, 2014.

                                                            s/ Carlton W. Reeves
                                                            UNITED STATES DISTRICT JUDGE